(November 25, 1986)

■ In the Matter of JOHN J. SANTUCCI, as District Attorney, Queens County, Appellant, v COSMO J. DI TUCCI, as Justice of the Supreme Court, Queens County, et al., Respondents.—

The respondent Trial Justice of the Supreme Court was exercising his discretion in his control of the calendar. Rubin, J. P., Lawrence, Kooper and Spatt, JJ., concur. *[See, People v Garnes, 134 Misc 2d 39.]*

THIRD DEPARTMENT, NOVEMBER, 1986

(November 7, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK v STEVEN M. PIERSON, Defendant. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.